CHRISTOPHER BRANTLEY
APPELLANT

§ CASE NUMBER 07-13-00218-CR
§ TRIAL COURT CASE NO. 2013-437,916
§ IN THE COURT
§ OF CRIMINAL APPEALS
§ AUSTIN TEXAS
§
§

PD-0296-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE A(PDR)

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

HONORABLE JUSTICES OF SAID COURT:

Comes Now APPELLANT CHRISTOPHER BRANTLEY Brings THis Motion in good FAITH Motion For EXtension of time TO File A (PDR) OF (60) dAYS.

### History

ON FEBRUARY 23, 2015 APPELLANT CASE WAS AFFIRMED bY THE SEVENTH Court OF APPEALS. HE WAS FOUND guilty FOR POSSESSION WITH intent to deliver A Controlled Substance to - wit: COCAINE in AN AMOUNT OF FOUR grAMS or More but LESS THAN 200 grAMS. HE WAS informed bY His APPELLANT Attorney Jim SHAW oN MARCH 6, 2015 HE informed Him THAT HE will No-Longer Be His Attorney AND HE WOULD HAVE to Do His OWN (PDR). APPELLANT REQUEST FOR (60) dAYS to Do A (PDR) BECAUSE THE UNit is oN LOCK DOWN AND HE DOES Not KNOW THE RULES TO Do A (PDR) THis is Not FoR DELAY to HARM THE Court But HE Needs More time.

### PrAYER

HE PRAYS THAT THis extension of time BE grANTED

### Certificate of service

ON THis dAY OF 3-13-2015 HE SENT THis Motion For extension to THE CLERK OF Court OF Criminal APPEALS LOUISE PEARSON bY MAil FRom THE COMPANY UNit 899 Fm 632 KENEDY TX. 78119.

SINCERELY
Christopher
Brantley
3-13-15

(1)

No. 07-13-00218-CR

| Christopher Brantley | § | From the 140th District Court of |
| Appellant | | Lubbock County |
| | § | |
| v. | | February 23, 2015 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
| Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 23, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o

CHRISTOPHER BRANTLEY
APPELLAT

PD-0296-15

§ CASE no. 07-13-00218-CR
§ TRIAL CASE no. 2013-432,916
§ IN THE COURT OF CRIMINAL
§ APPEALS
§ AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

## MOTION TO FILE LESS COPIES

HONORABLE JUSTICES,

Comes Now APPELLAT CHRISTOPHER BRANTLEY Brings
THIS Motion in good FAITH, Motion TO FILE LESS COPIES.

### History

Petitioner is An true FORMAL PAUPERis PLEASE see
Judgment by THE seventh COURT OF APPEALS on
FEBRARY 23, 2015. He CANnot AFFORD tHE Copies NEEDED
TO Provide to THIS HONORABLE COURT. He Does not own
Any Property, LAND, or Stocks.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

### Prater

APPELLAT Prays For relief Deem Just.

### Certificate of services

on 3-13-15 by Mail From COLDWATH unit 899 Fm 632
Kenedy TX. 78119 he sent the Clerk of Criminal APPEALS
LouiSe PEARSon this motion to FiLe Less Copies

Sincerely
Christopher
Brantley
3-13-15

(1)

CHRISTOPHER BRANTLEY
APPELLANT

§ CASE No. 07-13-00218-CR
§ TRIAL CASE No. 2013-437.916
§ IN THE COURT OF
§ APPEALS OF
§ AUSTIN TEXAS
§
§

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 20 2015
Abel Acosta, Clerk

PD-0296-15

MOTION TO RECEIVE THE
CLERK RECORD / COURT REPORTER RECORD
TO DO A (PDR)

FILED IN
COURT OF CRIMINAL APPEALS
MAR 20 2015
Abel Acosta, Clerk

HONORABLE JUSTICES OF SAID COURT.,

COMES NOW APPELLANT CHRISTOPHER BRANTLEY FILES THIS Motion in good FAITH, motion TO RECEIVE THE CLERK RECORD AND Court REPORTER RECORD TO DO A (PDR)

## HISTORY

APPELLANT CHRISTOPHER BRANTLEY CASE WAS AFFIRMED FEBUARY 23, 2015 BY THE SEVENTH court of APPEALS HIS ATTORNEY Jim SHAW WROTE HIM ON MARCH 6, 2015 SAYING HE WILL NOT ASSIST HIM A (PDR) APPELLANT NEEDS THE CLERKS RECORDS. AND THE COURT REPORTER RECORD ONLY THE TRIAL NOT PICKING THE JUROUR. SEE ATTACH EXHIBIT A" ATTACH JUDGMENT BY COURT OF APPEALS THAT THIS AN APPEAL IN FORMA PAUPERIS CLEARLY SHOWS HE IS INDIGENT. HE Also REQUEST to HAVE THE SUPPLEMENTAL CLERK RECORD AS WELL AS THE SUPPLEMENTAL Court reporter RECORD.

## AUTHORITIES

AS A MATTER OF CONSTITUTIONAL EQUAL Protection, AN indigent defendant is entitled to A FREE TRANSCRIPT needed FOR AN effective APPEAL. Britt V. North CAROLINA, 404 U.S. 226, 227, 92 S.ct. 433, 30 L.Ed 2d 400 (1971); billie V. STATE 605 S.W. 2d 558, 560, 562 C Tex. Crim. APP. 1980) Route V. BLACKBURN 498 F. Supp. 875, 877 (M.D. LA. 1980) APPELLATE needs THE TOOLS TO DO A (PDR) THAT HE CAN SHOW in THE RECORD THAT WILL SUPPORT HIS CLAIMS.

## PRAYER

APPELLANT PRAYS for the TOOLS NEEDED to DO A (PDR)

## CERTIFICATE OF SERVICE

ON THE 3-13-2015 APPELLANT Sent the CLERK OF CRIMINAL APPEALS THIS Motion TO receive the Clerk / SUPPLEMENTAL / Court Reporter RECORD SUPPLEMENTAL BY MAIL From THE CONNALLY Unit. 899 FM 632 KENEDY TX 78119

SINCERELY
Christopher
Brantley
3-13-15

(1)

# EXHIBIT A
## ATTACH

(1) Judgment on Feb. 23, 2015 showing He is indigent.

(2)